924 A.2d 308

**STATE of Maryland**

v.

**David Allen TESTERMAN.**

**No. 139, Sept. Term, 2006.**

Court of Appeals of Maryland.

June 1, 2007.

Robert Taylor, Jr., Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen., on brief), for petitioner.

Mark Colvin, Asst. Public Defender (Nancy S. Forster, Public Defender, on brief), for respondent.

Argued before BELL, C.J., RAKER, CATHELL, HARRELL, BATTAGLIA, GREENE and WILNER, ALAN M. (Retired, Specially Assigned), JJ.

**PER CURIAM ORDER.**

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 1st day of June, 2007,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.